1048

In the Matter of LETITIA JAMES, Appellant, v DANIEL DONOVAN, Respondent.

In the Matter of LEGAL AID SOCIETY, Appellant, v DANIEL DONOVAN, Respondent.

In the Matter of NEW YORK CIVIL LIBERTIES UNION, Appellant, v DANIEL DONOVAN, Respondent.

In the Matter of NYP HOLDINGS, INC., Petitioner, v DANIEL DONOVAN, Respondent.

In the Matter of STATEN ISLAND BRANCH OF NATIONAL ASSOCIATION FOR ADVANCEMENT OF COLORED PEOPLE et al., Appellants, v DANIEL DONOVAN, Respondent.

Submitted August 24, 2015; decided November 23, 2015

Motions for leave to appeal denied. Motions for a calendar preference dismissed as academic.

Chief Judge LIPPMAN taking no part.

In the Matter of LI RONG GAO et al., Respondents, v PERFECT TEAM CORP., Appellant.

Submitted October 5, 2015; decided November 23, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as dismissed appeals from the October 2010 and February 2012 Supreme Court orders, dismissed upon the ground that appellant is not a party aggrieved (see CPLR 5511); motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the proceeding within the meaning of the Constitution.